IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
```

| | |
|---|---|
| IN THE MATTER OF COMPLAINT OF DELAWARE BAY LAUNCH SERVICE, INC. AS OWNER OF "BIG STONE 5", A 51-FOOT 1985 CREWBOAT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION IN ADMIRALTY<br><br>No. |

```
-------------------------------------------------------------------x
```

## COMPLAINT FOR EXONERATION
## <u>FROM OR LIMITATION OF LIABILITY</u>

Plaintiff, Delaware Bay Launch Service, Inc. (hereinafter "Petitioner") as owner of "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises (hereinafter "the Vessel"), by and through its attorneys, Palmer Biezup & Henderson LLP, hereby petitions for exoneration from or limitation of liability pursuant to 46 U.S.C. §§ 183-189, and in support thereof avers upon information and belief as follows:

1.      This is an admiralty and maritime claim within the meaning of Rule 9(h) and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.      Petitioner Delaware Bay Launch Service, Inc. is a corporation organized under and existing pursuant to the laws of the State of Delaware with an office and place of business at 100 Passwaters Drive, Route 36 East, Milford, Delaware 19963.

3.      The Vessel is a 51-foot 1985 motor crewboat built by Breaux Brothers Enterprises and is equipped with two 800-horsepower Daewoo engines.

4.    At all times material hereto, Petitioner was the owner of the Vessel and a party entitled to petition for exoneration from or limitation of liability within the meaning of the Revised Statutes of the United States.

5.    On or about April 10, 2003, while upon the navigable waters of the United States, the Vessel was allegedly involved in an incident that has given rise to claims and potential claims including the claims of Richard Greer as more fully set forth in an action in the Superior Court of the State of Delaware, New Castle County, entitled " Richard Greer, Plaintiff, versus Delaware Bay Launch Service, Inc., Defendant" and assigned civil action number 06C-03-341 (hereinafter the "Incident").

6.    Any and all injuries and damages allegedly resulting from the Incident were not caused by or attributable to any fault, design, neglect or want of due care on the part of Petitioner, or anyone for whom Petitioner may be responsible, and any and all such alleged damage was occasioned and occurred without Petitioner's privity or knowledge.

7.    Prior to and on April 10, 2003, Petitioner used due diligence to make the Vessel seaworthy for the service for which it was engaged.

8.    Based upon the information presently available, as a result of the Incident, claims have been made which could potentially exceed Petitioner's interest in the Vessel, said value of possible claims being specifically denied by Petitioner.

9.    There was no freight pending which was due and payable to Petitioner at the time of the Incident.

10.    Upon information and belief, there were and are no unsatisfied liens or claims of liens pending against the Vessel arising from the Incident or the voyage described herein.

11.    Petitioner's interest in the Vessel after the Incident was $100,000.00. (See Affidavit of Value which is attached hereto and incorporated herein by reference).

12.    A suit has been commenced by Richard Greer for alleged injuries or losses resulting from the alleged Incident of April 10, 2003 in the Superior Court of Delaware, New Castle County.

13.    Upon information and belief, there are no other suits pending against Petitioner or the Vessel or any claims or demands prior or paramount to those which may arise by reason of the Incident.

14.    Petitioner denies any and all liability for any loss, damage or injury which may be claimed by any person or entity arising out of the Incident, and therefore, demands exoneration from liability.

15.    In addition, and in the alternative, Petitioner claims the benefit of limitation of liability as provided for in the Revised Statutes of the United States and the various amendments and supplements thereto and, more particularly, the United States Limitation of Shipowners' Liability Act, 46 U.S.C. §§ 183-189.

16.    Petitioner is ready, able and willing and hereby offers to provide security for the value of Petitioner's interest in the Vessel following the Incident, interest at the rate of 6% per annum, and costs, by depositing with the Court a bond in approved form.

PBH: 183023.1

-3-

17.    All and singular, the premises are true and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

WHEREFORE, Petitioner prays:

A.    That if deemed necessary by the Court or at the reasonable request of any claimant, the Court cause due appraisement to be made of the value of Petitioner's interest in the Vessel.

B.    That the Court order Petitioner to file an <u>Ad Interim</u> Stipulation with surety pending any demand for appraisal of Petitioner's interest in the Vessel.

C.    That the Court enter an Order directing the issuance of a monition to all persons claiming alleged damages for any and all losses, damage, injury or destruction done, occasioned or incurred by, or resulting from, the Incident or occurring during the voyage upon which the Vessel was then engaged, citing them to appear before this Honorable Court and make due proof of their claims, and also to appear and answer the allegations of this Complaint according to the laws of this Court on or before a certain time to be fixed by the monition, or be thereafter barred from making any such claims against Petitioner, its agents, representatives, crew members or any person on whose behalf Petitioner may be liable or against the Vessel.

D.    That the Court enter an Order directing that upon the giving of an <u>Ad Interim</u> Stipulation, an injunction shall issue restraining the further prosecution of any and all suits, actions and proceedings which may have already begun to recover for alleged damages sustained as a result of the Incident and further enjoining the commencement or prosecution

PBH: 183023.1

-4-

thereafter of any suit, action or legal proceeding of any nature against Petitioner, its agents,

representatives or any other person in respect to any claim or claims arising out of the Incident.

        E.      That the Court in this proceeding adjudge:

        (i)      that Petitioner is not liable to any extent for any loss, damage or

injury for any claim whatsoever in any way arising out of or in consequence of the Incident and,

therefore, is entitled to exoneration, or

        (ii)      if Petitioner shall be adjudged liable and the claims are

affirmatively proven, then such liability for all claims shall be limited to the amount of the value

of the Petitioner's interest in the Vessel after the Incident and that Petitioner be discharged

therefrom upon the surrender of his interest in the Vessel and that the limitation fund be divided

*pro rata* among any claimants as may duly prove their claims, saving to all any priorities to

which they may be legally entitled, and that a decree may be entered discharging Petitioner from

all further liability.

        F.      That Petitioner may have such other and further relief as this Court may

deem just and proper in the circumstances.

PALMER BIEZUP & HENDERSON LLP

By

Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
mccauley@pbh.com

Dated: May 24, 2006

## VERIFICATION

Michael B. McCauley, being duly sworn, does depose and say:

I am a partner in the law firm of Palmer Biezup & Henderson LLP, attorneys for

Petitioner Delaware Bay Launch Service, Inc.;

I have read the foregoing Complaint and all the allegations of fact contained therein are

true and correct to the best of my knowledge, information and belief, which is based upon

information obtained during the course of counsel's investigation;

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2006

_____
Michael B. McCauley

PBH: 183023.1

# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

| | | |
|---|---|---|
| **PENNSYLVANIA**<br>620 CHESTNUT STREET, SUITE 956<br>PHILADELPHIA, PENNSYLVANIA 191063409<br>215 625 9900<br>FAX: 215 625 0185 | **1223 FOULK ROAD**<br>**WILMINGTON, DELAWARE 19803**<br>———<br>302 594 0895 • 302 478 7443<br>FAX: 302 478 7625<br>pbh@pbh.com | **NEW YORK**<br>140 BROADWAY, 46TH FLOOR PMB 46030<br>NEW YORK, NEW YORK 10005<br>212 406 1855<br>FAX: 212 858 7651 |
| **MARYLAND**<br>222 PRINCE GEORGE STREET, SUITE 102<br>ANNAPOLIS, MARYLAND 21401<br>410 267 0010<br>FAX: 410 267 0020 | | **NEW JERSEY**<br>330 MARKET STREET<br>CAMDEN, NEW JERSEY 08102<br>856 428 7717<br>FAX: 856 338 1008 |

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

May 24, 2006

Clerk, US District Court
District Court of Delaware
4th Floor, Room 4209
844 N. King Street
Wilmington, DE 19801

VIA FEDERAL EXPRESS

> In Re Petition of Delaware Bay Launch Service Inc.
> USDC D. DE. No.: (New Case)
> Our File No: 9439-017

Dear Sir or Madam:

We enclose for filing the following:

1.  Verified Complaint for Exoneration from or Limitation of Liability of Delaware Bay Launch Service Inc. (original and two copies in accordance with the Local Rules of the Court);

2.  Civil Cover Sheet (original and two copies);

3.  Affidavit of Value (original and two copies);

4.  Form of Order for Ad Interim Stipulation (original and two copies);

5.  Ad Interim Stipulation (original and two copies);

6.  Form of Restraining Order, Order for Issuance of Monition, Order that Claims be Filed with Clerk, and attached form of Legal Notice to be published (original and two copies);

PBH: 183323.1

**PALMER BIEZUP & HENDERSON LLP**

Clerk, U.S. District Court
Re:    *In re: Delaware Bay Launch Service Inc.*
May 24, 2006
Page 2


       7.      Form of Monition (original and two copies);

       8.      A floppy disk containing each of the above documents in pdf format;

       9.      Our firm check in the amount of $350.00 covering the filing fee.

We have enclosed a photocopy of the first page of the Complaint, the Affidavit of Value, and the Ad Interim Stipulation.  Please file-stamp each and return them in the enclosed self-addressed, postage-paid envelope.

Thank you for your assistance in this matter.


                   Very truly yours,

                   PALMER BIEZUP & HENDERSON LLP


                   By: _____
                     Michael B. McCauley
                     Bar No. 2416

Enclosures

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Delaware Bay Launch Service, Inc..

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael B. McCauley, Esquire, Palmer Biezup & Henderson LLP
1223 Foulk Road, Wilmington DE 19803 302 594 0895

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Admiralty

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 USC Sec 181

Brief description of cause:
Application for Limitation of Liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 5/24/06

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____