IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF　　　　　CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS　IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR　　No.
LIMITATION OF LIABILITY
---------------------------------------------------------------x

### AFFIDAVIT OF VALUE

Michael B. McCauley, Esquire, being duly sworn according to law, deposes and says that he is a partner with the law firm of Palmer Biezup & Henderson LLP, attorneys for the Petitioner herein and he is authorized to make this Affidavit on behalf of Delaware Bay Launch Service, Inc., as owner of the "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises (hereinafter "the Vessel").

After the incident alleged in the Complaint, upon information and belief, the Vessel had a fair market value of one-hundred thousand dollars and zero cents ($100,000.00), and there was no freight then pending. This valuation is based upon the local market value of similar vessels in similar condition at the time of the alleged incident.

Petitioner hereby undertakes to pay any costs that may be required in connection with this limitation proceeding upon Order of this Honorable Court.

PBH: 183023.1

-1-

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 24th, 2006

_____
Michael B. McCauley