IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

IN THE MATTER OF COMPLAINT OF       CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS   IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR    No.
LIMITATION OF LIABILITY

-------------------------------------------------------------x

## AD INTERIM STIPULATION

WHEREAS, Petitioner, Delaware Bay Launch Service, Inc., as owner of the "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises (hereinafter "the Vessel"), has filed a Complaint for Exoneration from, or Limitation of Liability, for all losses and damages sustained by, or resulting from the facts and circumstances set forth in the Complaint; and

WHEREAS, Petitioner prays for an injunction restraining the prosecution, except in this proceeding, of any and all actions, suits, and proceedings against Petitioner and the Vessel already begun, as well as enjoining the filing of any suit, action or legal proceeding of any nature or description which might or could be instituted in the future against Petitioner or against the Vessel arising out of, occasioned by, or resulting from the alleged loss and damage as set forth in the Complaint; and

WHEREAS, in said Complaint, it is shown that the value of the Vessel after the incident was $100,000.00 or less and that there was no freight then pending;

PBH: 183023.1

-1-

NOW, THEREFORE, in consideration of the premises, Travelers Casualty and Surety Company of America, as Surety, hereby freely submitting itself to the jurisdiction and Orders of this Court, is held and firmly bound for the payment of $100,000.00, as well as costs of $500.00 and interest at six per cent (6%) per annum commencing from the date of the giving of this security. In the event that any claimants herein recover, judgment may be entered against Petitioner and said Surety for an amount not exceeding $100,000.00 plus interest at six per cent (6%) per annum and costs of $500.00 and thereupon execution may issue against their goods, chattels, lands and tenements or other real estate.

NOW, if said Petitioner Delaware Bay Launch Service, Inc., as owner, shall well and truly abide all Orders, interlocutory or final, of the said Court and of any Appellate Court in which the said suit may hereafter be pending and shall fulfill and perform the judgment or decree which may be rendered in the premises with interest, and also pay all costs and charges as shall be ordered and adjudged to be paid on its part, then this Stipulation shall be void; otherwise, it shall remain in full force and effect, and execution may issue by virtue hereof at one and the same time against the parties to this Stipulation. However, in any event, the Surety's aggregate limit of liability shall not exceed $100,000.00 plus interest at six per cent (6%) per annum and costs of $500.00.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2006.

Travelers Casualty and Surety Company of America:

Michael B. McCauley, Attorney-in-Fact

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

 **ST PAUL TRAVELERS**

# POWER OF ATTORNEY

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Gnaranty Insurance Company | St. Panl Mercury Insnraucc Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casnalty and Snrety Company of America |
| St. Paul Fire aud Marine Insurance Company | United States Fidelity and Gnaranty Company |

Attorney-In Fact No.    215448

Certificate No. 000275400

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Panl Fire and Marine Insnrance Company, St. Paul Gnardian Insnrance Company and St. Panl Mercnry Insnrance Company are corporations dnly organized nnder the laws of the State of Minnesota, that Farmington Casnalty Company, Travelers Casnalty and Snrety Company, and Travelers Casualty and Snrety Company of America are corporations duly organized nnder the laws of the State of Connecticnt, that United States Fidelity and Gnaranty Company is a corporation dnly organized nnder the laws of the State of Maryland, that Fidelity and Gnaranty Insurance Company is a corporation dnly organized nnder the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation dnly organized nnder the laws of the State of Wisconsin (hereiu collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Michael B. McCauley, Richard Q. Whelan, Frank P. DeGiulio, Stephen M. Calder, and Kevin O'Donovan

of the City of _____ New Orleans _____, State of _____ Louisiana _____, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the narure thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and exeeuting or guaranteeing bonds and uudertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrnment to be signed and their corporate seals to be hereto affixed, this _____ 30th _____ day of _____ March _____, 2006 _____.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Gnaranty Insurance Company | St. Paul Mercury Insnrance Company |
| Fidelity aud Gnaranty Insurance Underwriters, Inc. | Travelers Casualty and Snrety Company |
| Seaboard Surety Compauy | Travelers Casnalty and Snrety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

State of Connecticnt
City of Hartford ss.

By: _____
George W. Thompson, Senior Vice President

On this the _____ 30th _____ day of _____ March _____, _____ 2006 _____, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Gnaranty Insuranee Underwriters, Inc., Seaboard Snrety Company, St. Panl Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercnry Insurance Company, Travelers Casualty aud Surety Company, Travelers Casualty and Surety Compauy of America, and Uuited States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signiug on behalf of the eorporations by himself as a duly authorized officer.

**In Witness Whereof, I** hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2006.

_____
Marie C. Tetreault, Notary Pnblic

58440-9-05 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted nnder and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Snrety Company of Ameriea, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Seeretary may appoint Attorneys-in-Faet and Agents to act for and on behalf of the Company and may give sueh appointee such authority as his or her eertificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, reeognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Execntive Viee President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing anthority to one or more officers or employees of this Company, provided that eaeh such delegation is in writing and a eopy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizanee, eontraet of indemnity, or writing obligatory in the nature of a bond, reeognizanee, or eonditional nndertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasnrer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secrctary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pnrsuant to the power prescribed in his or her certificate or their certificates of anthority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of cach of the following officers: President, any Executive Vice President, any Senior Vice President, any Viee President, any Assistant Vice President, auy Secretary, any Assistant Seeretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Seeretaries or Attorneys-in-Faet for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, aud any such power of attorney or certificate bearing such faesimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and faesimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attaehed.

I, Kori M. Johanson, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Ine., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mereury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby eertify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my haud and affixed the seals of said Companies this 24ᵗʰ day of May , 20 06.

Kori M. Johanson, Assistant Secretary

         

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.stpaultravelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------x
```

IN THE MATTER OF COMPLAINT OF    CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS    IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR    No.
LIMITATION OF LIABILITY

```
---------------------------------------------------------------x
```

## ORDER FOR AD INTERIM STIPULATION

Petitioner, Delaware Bay Launch Service, Inc., as owner of the "BIG STONE 5", a certain

51-foot 1985 crewboat built by Breaux Brothers Enterprises (hereinafter "the Vessel"), having filed

a Complaint for exoneration or limitation of liability with respect to the Vessel and having prayed

that it be directed to file an Ad Interim Stipulation for the value of the Vessel with surety pending

the appraisal of Petitioner's interest in the Vessel, and it appearing from the Affidavit of Value filed

with the Complaint that the value of the Vessel after the Incident was $100,000.00 and that there was

no freight then pending;

AND NOW, on the Motion of Palmer Biezup & Henderson LLP, attorneys for the Petitioner,

it is hereby

ORDERED that Petitioner shall file an Ad Interim Stipulation for the value of the Vessel in

the total sum of $100,000.00 with surety, along with security for costs of $500.00 and interest at the

rate of six per cent (6%) per annum; and it is further ORDERED that any party may apply to have

the amount of said Stipulation increased or diminished, as the case may be, upon application of any

PBH: 183023.1

such person for due appraisement to be made and determined by this Court that the amount of said

Stipulation does not properly represent Petitioner's interest in the Vessel at the time in issue.


_____
United States District Judge


Dated: _____