IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF                     CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS              IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR                 No.
LIMITATION OF LIABILITY
------------------------------------------------------------------x

### RESTRAINING ORDER, ORDER FOR ISSUANCE OF MONITION, ORDER THAT CLAIMS BE FILED WITH CLERK

A Complaint having been filed herein by Delaware Bay Launch Service, Inc. ("Petitioner"), as owner of the "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises (hereinafter "the Vessel"), claiming exoneration from, or limitation of liability as provided for by the Revised Statutes of the United States and the various statutes supplementary to and amendatory thereof, contesting the liability of Petitioner for any and all alleged injuries, losses, or damage, occasioned by or resulting from the incident described in the Complaint herein, and also stating the facts and circumstances upon which exoneration from or limitation of liability are claimed, and it appearing that claims have been or will be made against Petitioner for losses, damages, or injuries alleged to have resulted in consequence of the incident described in the Complaint;

NOW, on Motion of Palmer Biezup & Henderson LLP, attorneys for Petitioner, it is

ORDERED, that a Monition issue out of and under the seal of this Court citing all persons asserting claims with respect to which the Complaint seeks exoneration or limitation and admonishing them to file their claim with the Clerk of this Court at J. Caleb Boggs Federal Building,

PBH: 183023.1

-1-

844 N. King Street, Wilmington, DE 19801 within forty-five (45) days of the entry of this Order, and to serve upon or mail to Palmer Biezup & Henderson LLP, 1223 Foulk Road, Wilmington, DE 19803 the attorneys for Petitioner, a copy thereof, on or before the same date, or be defaulted; and it is further

ORDERED, that the further prosecution of any and all suits, actions or proceedings of any nature or description whatsoever which have already been commenced against Petitioner and/or against the Vessel except in the present proceedings, in respect of any claim arising out of, occasioned by, consequent upon, connected with or arising during the incident described in the Complaint are hereby stayed and restrained until the hearing and determination of this proceeding; and it is further

ORDERED, that upon the signing of this Order, the commencement of any suit, action or proceeding of any nature or description whatsoever against Petitioner and/or against the Vessel, except in the present proceedings, in respect of any claim arising out of, occasioned by, consequent upon, connected with or arising during the voyage upon which the Vessel was then engaged, is hereby enjoined until the hearing and determination in this proceeding; and it is further

ORDERED, that notice of the Complaint for Exoneration from or Limitation of Liability and the Monition pursuant thereof be given as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure by publication of a notice, in the form attached hereto, in the "New Journal," a newspaper of general circulation in the State of Delaware, once each week for four successive weeks, and that the first publication of said Notice be at least thirty (30) days before the return date specified above and that Petitioner, not later than the

date of the second publication, shall mail a copy of said Notice, together with a copy of this Order to all persons who at the time of making this Order are known by Petitioner to have made any claim against the Vessel or Petitioner arising out of the incident which is the subject of the limitation proceeding, or in cases where such claimants are known by Petitioner to be represented by counsel, to their respective attorneys.

_____
United States District Judge

Dated: _____

## LEGAL NOTICE

In the U.S. District Court For The District of Delaware, 06-CV-____: Notice is given that Delaware Bay Launch Services, Inc., as owner of the "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises, has filed a complaint claiming exoneration from or limitation of liability for all claims arising out of an accident which allegedly occurred on or about April 10, 2003 in or near the Delaware Bay. The Court has ordered that all persons asserting any claim with respect to said incident file their Answer to said Complaint and written claim with the Clerk of the Clerk of the Court at J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801 within forty-five (45) days of the entry of the Court's Restraining Order, dated _____, 2006, and to serve upon or mail to Palmer Biezup & Henderson LLP, 1223 Foulk Road, Wilmington, DE 19803, attorneys for Petitioner, a copy thereof on or before the same date, or be defaulted.

PBH: 183023.1



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF            CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS     IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR        No.    0 6 - 3 4 5
LIMITATION OF LIABILITY
------------------------------------------------------------x

**RESTRAINING ORDER, ORDER FOR ISSUANCE OF
MONITION, ORDER THAT CLAIMS BE FILED WITH CLERK**

A Complaint having been filed herein by Delaware Bay Launch Service, Inc. ("Petitioner"), as owner of the "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises (hereinafter "the Vessel"), claiming exoneration from, or limitation of liability as provided for by the Revised Statutes of the United States and the various statutes supplementary to and amendatory thereof, contesting the liability of Petitioner for any and all alleged injuries, losses, or damage, occasioned by or resulting from the incident described in the Complaint herein, and also stating the facts and circumstances upon which exoneration from or limitation of liability are claimed, and it appearing that claims have been or will be made against Petitioner for losses, damages, or injuries alleged to have resulted in consequence of the incident described in the Complaint;

NOW, on Motion of Palmer Biezup & Henderson LLP, attorneys for Petitioner, it is

ORDERED, that a Monition issue out of and under the seal of this Court citing all persons asserting claims with respect to which the Complaint seeks exoneration or limitation and admonishing them to file their claim with the Clerk of this Court at J. Caleb Boggs Federal Building,

PBH: 183023.1

-1-

844 N. King Street, Wilmington, DE 19801 within forty-five (45) days of the entry of this Order, and to serve upon or mail to Palmer Biezup & Henderson LLP, 1223 Foulk Road, Wilmington, DE 19803 the attorneys for Petitioner, a copy thereof, on or before the same date, or be defaulted; and it is further

ORDERED, that the further prosecution of any and all suits, actions or proceedings of any nature or description whatsoever which have already been commenced against Petitioner and/or against the Vessel except in the present proceedings, in respect of any claim arising out of, occasioned by, consequent upon, connected with or arising during the incident described in the Complaint are hereby stayed and restrained until the hearing and determination of this proceeding; and it is further

ORDERED, that upon the signing of this Order, the commencement of any suit, action or proceeding of any nature or description whatsoever against Petitioner and/or against the Vessel, except in the present proceedings, in respect of any claim arising out of, occasioned by, consequent upon, connected with or arising during the voyage upon which the Vessel was then engaged, is hereby enjoined until the hearing and determination in this proceeding; and it is further

ORDERED, that notice of the Complaint for Exoneration from or Limitation of Liability and the Monition pursuant thereof be given as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure by publication of a notice, in the form attached hereto, in the "New Journal," a newspaper of general circulation in the State of Delaware, once each week for four successive weeks, and that the first publication of said Notice be at least thirty (30) days before the return date specified above and that Petitioner, not later than the

Case 1:06-cv-00345-GMS   Document 5-3   Filed 05/25/2006   Page 3 of 4

date of the second publication, shall mail a copy of said Notice, together with a copy of this Order to all persons who at the time of making this Order are known by Petitioner to have made any claim against the Vessel or Petitioner arising out of the incident which is the subject of the limitation proceeding, or in cases where such claimants are known by Petitioner to be represented by counsel, to their respective attorneys.

_____
United States District Judge

Dated: May 25, 2006

PBH: 183023.1

-3-

## LEGAL NOTICE

In the U.S. District Court For The District of Delaware, 06-CV-345. Notice is given that Delaware Bay Launch Services, Inc., as owner of the "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises, has filed a complaint claiming exoneration from or limitation of liability for all claims arising out of an accident which allegedly occurred on or about April 10, 2003 in or near the Delaware Bay. The Court has ordered that all persons asserting any claim with respect to said incident file their Answer to said Complaint and written claim with the Clerk of the Clerk of the Court at J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801 within forty-five (45) days of the entry of the Court's Restraining Order, dated May 25 2006, ~~2006~~, and to serve upon or mail to Palmer Biezup & Henderson LLP, 1223 Foulk Road, Wilmington, DE 19803, attorneys for Petitioner, a copy thereof on or before the same date, or be defaulted.

PBH: 183023.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF            CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS     IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR        No.
LIMITATION OF LIABILITY
------------------------------------------------------------x

## MONITION

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO
THE MARSHAL OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**GREETINGS:**

WHEREAS, a Complaint was filed in the United States District Court for the District of Delaware by Delaware Bay Launch Services, Inc. (hereinafter "Petitioner"), as owner of the "BIG STONE 5", a certain 51-foot 1985 crewboat built by Breaux Brothers Enterprises (hereinafter "the Vessel") praying for exoneration from or limitation of liability concerning alleged losses, damages or injuries, done, occasioned by or resulting from an alleged accident which allegedly occurred on or about April 10, 2003 in or near the Delaware Bay, for the reasons set forth in said Complaint, and praying that monition issue out of the Court notifying all persons claiming alleged damages or losses to appear before the Court and make due proof of their respective claims, and answer the allegations of the Complaint, and if it shall appear that Petitioner is not liable for such losses and alleged damages, it may be so finally adjudged by this Court, and

PBH: 183023.1

-1-

WHEREAS, Petitioner has alleged that the said Vessel has a value of $100,000.00 after the described incident and that there was no freight pending and the said Court having ordered that a monition issue against all persons claiming damage for losses caused and occasioned by this incident, notifying them to file their respective claims with the Clerk of the Court and to serve on or mail to attorneys for Petitioner a copy thereof within 45 days of the entry of the Restraining Order, i.e. on or before _____, 2006.

YOU ARE, THEREFORE, COMMANDED to cite all persons claiming alleged damages for injuries or destruction of property occasioned by said incident to file their respective claims with the Clerk of the Court at J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801 within forty-five (45) days of the entry of this Order, and to serve upon or mail to Palmer Biezup & Henderson LLP, 1223 Foulk Road, Wilmington, DE 19803, attorneys for Petitioner, a copy thereof within 45 days of the entry of the Restraining Order, i.e. on or before _____, 2006, and you are also commanded to cite such claimants to appear and answer the Complaint filed herein on or before said date or within such further time as the Court may grant.

And what you have done in the premises do you then make return to this Court together with this Writ.

_____
Clerk, United States District Court

By: _____
Deputy Clerk

Date: _____