IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT OF
DELAWARE BAY LAUNCH SERVICE, INC.,                CIVIL ACTION NO.:
AS OWNER OF "BIG STONE 5", A 51-FOOT              06-345 GMS
1985 CREWBOAT, FOR EXONERATION FROM               IN ADMIRALTY
OR LIMITATION OF LIABILITY
---------------------------------------------------------------x

**CLAIMS IN LIMITATION/EXONERATION PROCEEDING
ON BEHALF OF RICHARD GREER**

**COME NOW** Claimant, Richard Greer, by undersigned counsel, and makes claim for damages as follows:

1. Claimant seeks a deferral of the right to decide limitation of liability in this Court inasmuch as it appears that there is a single Claimant in this case, namely Richard Greer.

2. Claimants desire any questions of Exoneration from Liability of the Petitioners to be decided by trial by jury and that Claimant's damages be set with a trial by jury either in State Court pursuant to the Savings to Suitors Clause or Federal Court.

3. Claimant's counsel's investigation reflects that the injuries and damages of Claimant were caused due to the negligence of Petitioners who is directly liable for the negligence, fault, breach of duties and failure to provide a safe and seaworthy vessel, promulgate safe and effective rules and regulations, failed to prevent the vessel from leaving the shore on the date of the incident, all within the privity and knowledge of all entities.

4. Claimant sustained damages in excess of $1,000,000.00 for physical and emotional pain and suffering, past, present and future, past, present and future medical expenses, past, present and future lost wages, loss of earning capacity, disfigurement, loss of life's pleasures, loss of usual activities, permanent and lifelong injuries and damages, due to the

negligence of the Petitioner and the unseaworthiness of its vessels, all within its privity and knowledge.

**WHEREFORE**, the Claimant presents this claim in the amount of One Million Dollars ($1,000,000.00) together with interest, and prays that this Honorable Court enter an Order denying Limitation of Liability, denying Exoneration from Liability, and deferring all questions of Exoneration from and Limitation of Liability, until such time as it is determined whether there is a single Claimant in this case, and that the Court assess damages to be decided by a trial by jury, and that Claimant be given his damages and costs of this proceeding and such other relief as justice in this case may require.

DATED: July 5, 2006

/s/ Michael J. Logullo
MICHAEL J. LOGULLO
Mlogullo@mslde.com
Morgan, Shelsby & Leoni
221 Main Street
Stanton, Delaware 19804
302-995-6210
*Attorney for Claimant*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT OF
DELAWARE BAY LAUNCH SERVICE, INC.,
AS OWNER OF "BIG STONE 5", A 51-FOOT
1985 CREWBOAT, FOR EXONERATION FROM
OR LIMITATION OF LIABILITY
---------------------------------------------------------------x

CIVIL ACTION NO.:
06-345 GMS
IN ADMIRALTY

**CLAIMS IN LIMITATION/EXONERATION PROCEEDING
ON BEHALF OF RICHARD GREER**

**COME NOW** Claimant, Richard Greer, by undersigned counsel, and makes claim for damages as follows:

1. Claimant seeks a deferral of the right to decide limitation of liability in this Court inasmuch as it appears that there is a single Claimant in this case, namely Richard Greer.

2. Claimants desire any questions of Exoneration from Liability of the Petitioners to be decided by trial by jury and that Claimant's damages be set with a trial by jury either in State Court pursuant to the Savings to Suitors Clause or Federal Court.

3. Claimant's counsel's investigation reflects that the injuries and damages of Claimant were caused due to the negligence of Petitioners who is directly liable for the negligence, fault, breach of duties and failure to provide a safe and seaworthy vessel, promulgate safe and effective rules and regulations, failed to prevent the vessel from leaving the shore on the date of the incident, all within the privity and knowledge of all entities.

4. Claimant sustained damages in excess of $1,000,000.00 for physical and emotional pain and suffering, past, present and future, past, present and future medical expenses, past, present and future lost wages, loss of earning capacity, disfigurement, loss of life's pleasures, loss of usual activities, permanent and lifelong injuries and damages, due to the

negligence of the Petitioner and the unseaworthiness of its vessels, all within its privity and knowledge.

**WHEREFORE**, the Claimant presents this claim in the amount of One Million Dollars ($1,000,000.00) together with interest, and prays that this Honorable Court enter an Order denying Limitation of Liability, denying Exoneration from Liability, and deferring all questions of Exoneration from and Limitation of Liability, until such time as it is determined whether there is a single Claimant in this case, and that the Court assess damages to be decided by a trial by jury, and that Claimant be given his damages and costs of this proceeding and such other relief as justice in this case may require.

DATED: July 5, 2006

/s/ Michael J. Logullo
MICHAEL J. LOGULLO
Mlogullo@mslde.com
Morgan, Shelsby & Leoni
221 Main Street
Stanton, Delaware 19804
302-995-6210
*Attorney for Claimant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT OF
DELAWARE BAY LAUNCH SERVICE, INC.,
AS OWNER OF "BIG STONE 5", A 51-FOOT
1985 CREWBOAT, FOR EXONERATION FROM
OR LIMITATION OF LIABILITY
------------------------------------------------------------x

CIVIL ACTION NO.:
06-345 GMS
IN ADMIRALTY

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the Claim in Limitation/Exoneration Proceeding on Behalf of Richard Greer was mailed this 5th day of July, 2006 to:

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, Delaware 19803

/s/ Michael J. Logullo
MICHAEL J. LOGULLO
Mlogullo@mslde.com
Morgan, Shelsby & Leoni
221 Main Street
Stanton, Delaware 19804
302-995-6210
*Attorney for Claimant*