IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DELAWARE BAY LAUNCH SERVICE, INC., AS OWNER OF "BIG STONE 5", A 51-FOOT 1985 CREWBOAT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No.: 06-345 GMS<br><br>IN ADMIRALTY |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Paul D. Bekman, Esquire to represent Richard Greer in this matter.

Signed: _____

Michael J. Logullo, Esquire (3851)
**SHELSBY & LEONI**
221 Main Street
Stanton, DE 19804
(302) 995-6210

Attorney for: Richard Greer

Date: July 5, 2006

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                     _____
                                          United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Maryland__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk' Office upon the filing of this motion.

Signed: _____

Date: 7/6/06

Paul D. Bekman, Esquire
**SALSBURY, CLEMENTS, BEKMAN,
MARDER & ADKINS, LLC**
300 West Pratt Street, Suite 450
Baltimore, MD 21201-2463