IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DELAWARE BAY LAUNCH SERVICE, INC., AS OWNER OF "BIG STONES 5", A 51-FOOT 1985 CREWBOAT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 06-345 GMS<br><br>IN ADMIRALTY |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the Motion and Order for Admission Pro Hac Vice of Paul D. Bekman, Esquire was mailed this 20th day of July, 2006 to:

    Michael B. McCauley, Esquire
    **PALMER, BIEZUP & HENDERSON, LLP**
    1223 Foulk Road
    Wilmington, DE 19803

    **SHELSBY & LEONI**

    /s/ Michael J. Logullo
    MICHAEL J. LOGULLO
    mlogullo@mslde.com
    221 Main Street
    Stanton, DE 19804
    302-995-6210
    *Attorney for Claimant*