IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF             CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS      IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR         No. 06-345 (GMS)
LIMITATION OF LIABILITY
---------------------------------------------------------------x

## RESPONSE TO CLAIM BY RICHARD GREER

Petitioner Delaware Bay Launch Service, Inc., by and through its attorneys, Palmer Biezup & Henderson LLP, responds to the Claim of Richard Greer (D.I. 9) as follows:

1. To the extent Mr. Greer seeks to defer a decision on limitation of liability in favor of proceedings in another court, Petitioner denies that such a course of action is necessary or appropriate.

2. To the extent Mr. Greer seeks to have questions of exoneration or damages decided by another court or by jury trial, Petitioner denies that such a course of action is necessary or appropriate.

3. Denied, including each and every allegation therein.

4. Denied, including each and every allegation therein.

WHEREFORE, Petitioner prays that Mr. Greer's claim be dismissed with prejudice; that this Honorable Court enter judgment exonerating Petitioner in full, or in the alternative, limiting Petitioner's liability to the value of its interest in the Vessel; and that Petitioner have such other and further relief as this Court may deem just and proper in the circumstances.

[signature on next page]

PBH: 184332.1

1

                                        Respectfully submitted,

                                        PALMER BIEZUP & HENDERSON LLP

Date: July 24, 2006                    By:   /s/ Michael B. McCauley
                                                  Michael B. McCauley (ID 2416)
                                                    1223 Foulk Road
                                                    Wilmington, DE 19803
                                                    (302) 594-0895
                                                    (302) 478-7625 (fax)
                                                    mccauley@pbh.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF     CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS     IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR     No. 06-345 (GMS)
LIMITATION OF LIABILITY
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed the foregoing "Response to Claim by Richard Greer" with the Clerk of Court using CM/ECF, which will send notification and a copy of same to:

Michael James Logullo, Esq.
Morgan, Shelsby & Leoni
221 Main Street
Stanton, DE 19804
mlogullo@mslde.com

                                   PALMER BIEZUP & HENDERSON LLP

Date: July 24, 2006              By:   /s/ Michael B. McCauley
                                             Michael B. McCauley (ID 2416)
                                             1223 Foulk Road
                                             Wilmington, DE 19803
                                             (302) 594-0895
                                             (302) 478-7625 (fax)
                                             mccauley@pbh.com