IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF           CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS    IN ADMIRALTY
OWNER OF "BIG STONE 5", A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR       No. 06-345 (GMS)
LIMITATION OF LIABILITY
---------------------------------------------------------------x

## JOINT STATUS REPORT

The parties hereby submit this Joint Status Report in connection with telephonic scheduling conference set for Friday, January 26, 2007, at 9:30 a.m.

1. **Jurisdiction and Service.** The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333(1) (admiralty) and 46 U.S.C. app. § 185 (shipowners' limitation of liability). Notice of the action has been given pursuant to Supplemental Admiralty Rule F(4). The time for filing claims has expired and one claimant, Richard Greer, has appeared.

2. **Substance of the Action.** Claimant Richard Greer claims he suffered neck and back injuries aboard the BIG STONE 5 while the vessel was in transit to an oil tanker in the Delaware Bay. Petitioner, as owner of the BIG STONE 5, denies all liability and in the alternative seeks limitation of liability pursuant to 46 U.S.C. app. § 183 *et seq.*

3. **Identification of Issues.** Legal and factual issues are likely to include:

   • Vessel speed, manning, and weather conditions.

   • Contributory negligence.

   • Whether the vessel's alleged negligence/unseaworthiness was within Petitioner's privity or knowledge.

PBH: 187990.1

1

- Preexisting injuries.

4. **Narrowing of Issues.**  The parties will attempt during the course of discovery to identify issues which may be narrowed by agreement or by motion.

5. **Relief.**  Mr. Greer claims damages in excess of $1 million.  Petitioner seeks to be exonerated, or alternatively, to have its liability limited to the value of its interest in the vessel, which Petitioner alleges to be $100,000.

6. **Amendment of Pleadings.**  At this time the parties have not determined whether they need to amend the pleadings.

7. **Joinder of Parties.**  At this time the parties have not determined whether they need to join additional parties.

8. **Discovery.**  The parties propose the following discovery schedule:

- Initial disclosures to be served by February 15, 2007.

- Motions to amend the pleadings or join additional parties to be filed by April 1, 2007.

- Written discovery to be completed by June 1, 2007.

- Depositions of fact witnesses to be completed by November 1, 2007.

- Claimant's expert reports to be served by December 14, 2007.

- Petitioner's expert reports to be served by January 15, 2008.

- Depositions of expert witnesses to be completed by March 4, 2008

- Case dispositive motions to be filed by May 1, 2008.

- Pretrial conference to be held in July 2008.

9. **Estimated trial length.** The parties estimate a trial length of 4-5 days. The parties will consider during the course of discovery whether bifurcation or use of stipulations, summaries, or statements may be appropriate.

10. **Jury trial.** The case will be tried by the Court.

11. **Settlement.** To date the parties have not engaged in settlement discussions but believe they would benefit by a settlement conference before Magistrate Judge Thynge.

12. **Other matters.** None to date.

13. **Certification.** Counsel certify that they have conferred about each of the above matters.

Respectfully submitted,

| PALMER BIEZUP & HENDERSON LLP | MORGAN SHELSBY & LEONI |
|---|---|
| By: /s/ Michael B. McCauley<br>Michael B. McCauley<br>1223 Foulk Road<br>Wilmington, DE 19803<br>(302) 594-0895<br>mccauley@pbh.com<br>Attorneys for Petitioner | By: /s/ Michael J. Logullo<br>Michael J. Logullo<br>221 Main Street<br>Stanton, DE 19804<br>(302) 995-6210<br>mlogullo@mslde.com<br>Attorneys for Claimant<br><br>Of counsel:<br>Paul D. Bekman, Esq.<br>Salsbury, Clements, Bekman,<br>Marder & Adkins, LLC<br>400 W. Pratt Street, Suite 450<br>Baltimore, MD 21201 |

PBH: 187990.1