IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DELAWARE BAY LAUNCH SERVICE, INC., AS OWNER OF "BIG STONE 5", A 51-FOOT 1985 CREWBOAT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No.: 06-345 GMS<br><br>IN ADMIRALTY |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Gilbert F. Shelsby, Jr., and Shelsby & Leoni as attorneys for the claimant, Richard Greer in the above captioned matter.

*SHELSBY & LEONI*

/s/ *Gilbert F. Shelsby, Jr.*
Gilbert F. Shelsby, Jr.
gshelsby@mslde.com
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorney for Claimant

DATED: January 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DELAWARE BAY LAUNCH SERVICE, INC., AS OWNER OF "BIG STONE 5", A 51-FOOT 1985 CREWBOAT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No.: 06-345 GMS<br><br>IN ADMIRALTY |

### CERTIFICATE OF SERVICE

I, Michael J. Logullo, Esquire, hereby certify that on the 19th day of January, 2007, two copies of the foregoing Entry of Appearance were served by e-filing and mail upon the following:

Michael B. McCauley, Esq.
PALMER BIZEUP & HENDERSON
1223 Foulk Road
Wilmington, DE 19803

*SHELSBY & LEONI*

*/s/ Michael J. Logullo*
Michael J. Logullo
mlogullo@mslde.com
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorney for Claimant