IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF            CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS     IN ADMIRALTY
OWNER OF "BIG STONE 5," A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR        No. 06-345-GMS
LIMITATION OF LIABILITY
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 24, 2007, copies of Petitioner's Interrogatories, Request for Production of Documents and Notice of Deposition directed to Claimant Richard Greer were served upon the following counsel of record via First-Class Mail and e-mail:

Paul D. Bekman, Esq.                     Gilbert F. Shelsby, Jr., Esq.
Salsbury, Clements, Bekman,              Morgan Shelsby & Leoni
Marder & Adkins, LLC                     221 Main Street
300 West Pratt Street, Suite 450         Stanton, DE   19804
Baltimore, MD   21201

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302 594 0895
302 478 7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.

PBH: 191947.1