IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF      CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS     IN ADMIRALTY
OWNER OF "BIG STONE 5," A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR     No. 06-345-GMS
LIMITATION OF LIABILITY
------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 12, 2007, copies of Petitioner's Request for Admissions directed to Claimant Richard Greer were served upon the following counsel of record via E-mail:

| | |
|---|---|
| Paul D. Bekman, Esq. | Gilbert F. Shelsby, Jr., Esq. |
| Salsbury, Clements, Bekman, | Morgan Shelsby & Leoni |
| Marder & Adkins, LLC | 221 Main Street |
| 300 West Pratt Street, Suite 450 | Stanton, DE  19804 |
| Baltimore, MD  21201 | |

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302.594.0895
302.478.7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.

PBH: 191947.1