UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF
DELAWARE BAY LAUNCH SERVICE,        CIVIL ACTION
INC. AS OWNER OF "BIG STONE 5", A    IN ADMIRALTY
51-FOOT 1985 CREWBOAT, FOR
EXONERATION FROM OR LIMITATION       No. 06-345 (GMS)
OF LIABILITY
---------------------------------------------------------x

## MOTION FOR CONTINUANCE

Now comes the Claimant, Richard Greer, by his attorneys, Gilbert F. Shelsby, Jr., Michael J. Logullo, and Shelsby & Leoni, and moves this Court for a continuance of the pre-trial and trial date in the above-entitled case, and as grounds therefore says:

1. This matter is an admiralty action filed as a result of a complaint for exoneration from and limitation of liability by Delaware Bay Launch Service, Inc., as owner of "Big Stone 5", a 51-foot 1985 crewboat.

2. That prior hereto the Court promulgated a Scheduling Order noting a pre-trial conference for December 17, 2007 and a trial date of January 7, 2008.

3. Counsel for Claimant, Richard Greer and Petitioner, Delaware Bay Launch Service, Inc., have been diligent in conducting discovery, both formally and informally in this case. Depositions have been taken of the Claimant, the operating officer of the Big Stone Express and further exchanged information and documents relevant and material to the case.

4. That in addition, thereto, counsel have been endeavoring to locate a material witness who was the deck hand on board of the launch in question that Claimant claims was responsible in

part for his injury.

5. That said individual has been unable to be located as of the present time, despite diligent efforts on behalf of counsel.

6. That further efforts are being made to locate said individual and further to have him subpoenaed and deposed in this case.

7. That in addition hereto, the parties have been cooperating in scheduling a multitude of examinations, physical, occupational, economic, as well as for liability purposes.

8. That all of said examinations have not been concluded as of the present time, despite diligent efforts on behalf of counsel.

9. That counsel for Claimant suggests a brief adjournment of the trial date for a period of ninety (90) days in order to accomplish all that is necessary to prepare the case for trial.

10. That counsel for Petitioner does not object to the continuance of the trial date for ninety (90) days.

WHEREFORE, The Claimant, Richard Greer, respectfully requests that the Court grant an adjournment of the trial date to a date certain ninety (90) days from the date of the existing trial date.

/s/ Michael J. Logullo, Esquire
GILBERT F. SHELSBY, JR.
MICHAEL J. LOGULLO (3851)
Shelsby & Leoni
221 Main Street
Stanton, Delaware 19804
302-995-6210

*Attorneys for Claimant*

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this **16** day of November, 2007 a copy of the Motion for Continuance and proposed Order, were mailed first class, postage prepaid to:

Michael B. McCauley (ID 2416)
PALMER, BIEZUP & HENDERSON, LLP
1223 Foulk Road
Wilmington, DE 19803
302-594-0895
302-478-7625 (fax)
mccauley@pbh.com

*Attorney for the Defendant*

    /s/ Michael J. Logullo, Esquire
GILBERT F. SHELSBY, JR.
MICHAEL J. LOGULLO (3851)
Shelsby & Leoni
221 Main Street
Stanton, Delaware 19804
302-995-6210

*Attorneys for Claimant*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF
DELAWARE BAY LAUNCH SERVICE,          CIVIL ACTION
INC. AS OWNER OF "BIG STONE 5", A      IN ADMIRALTY
51-FOOT 1985 CREWBOAT, FOR
EXONERATION FROM OR LIMITATION         No. 06-345 (GMS)
OF LIABILITY
-----------------------------------------------------------x

### _____ORDER

Upon the aforegoing Motion of Claimant for continuance of the trial date and no opposition thereto by Petitioner, it is Ordered this _____ date of _____, 2007, by the United States District Court for the District of Delaware that the above matter be continued until the _____ date of _____, 2007, and a pre-trial be scheduled on the _____ date of _____, 2007.

_____
JUDGE, United States District Court
for the District of Delaware