# SHELSBY & LEONI

GILBERT F. SHELSBY, JR. (MD, DC, DE)
ROBERT J. LEONI (DE)

A PROFESSIONAL ASSOCIATION

MICHAEL J. LOGULLO (DE)
STACEY L. PAOLI (PA)

221 MAIN STREET
STANTON, DELAWARE 19804
PHONE: 302-995-6210
FAX: 302-995-6121
www.shelsbyleonilaw.com

March 7, 2008

The Honorable Gregory M. Sleet
U.S District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re: Richard Greer v. Delaware Bay Launch Service, Inc.
Federal Court C.A. No. 1:06-cv-345 GMS

Dear Judge Sleet:

The parties have been actively engaged in discovery and have reached a point where all counsel agree that a mediation of this matter would be appropriate. As you know, the trial for this matter is scheduled for April 14, 2008, and the pretrial conference which was previously scheduled for March 26, 2008 has been moved to March 24, 2008. The parties would appreciate the Court's consideration of ordering this case to the Magistrate Judge for mediation, and continuing the pretrial conference and trial date so that the parties can appropriately engage in a meaningful mediation.

All counsel are in agreement with this request. Your consideration is appreciated.

Respectfully submitted,

Gilbert F. Shelsby, Jr.

GFS/das
cc: Paul D. Bekman, Esq.
    Michael McCauley, Esq.