

# PALMER
Attorneys at Law

PHILADELPHIA | NEW JERSEY | NEW YORK | DELAWARE | MARYLAND

Michael B. McCauley
*Partner*
mccauley@pbh.com

April 4, 2008

Hon: Judge Gregory M. Sleet                                                                 Via Facsimile
United States District Court
844 N. King Street
Room 4324
Wilmington, DE 19801

                Re:    Complaint of Delaware Bay Launch Service, Inc.
                     No. 06-cv-345-GMS
                     <u>Our file: 4215-030</u>

Dear Chief Judge Sleet:

      We write on behalf of all parties to advise that this matter has been settled in full. Accordingly, the pretrial conference scheduled for April 7, 2008, and the bench trial scheduled for April 14-16, 2008, may be cancelled.

      Settlement is expected to be consummated within 30 days, at which time a stipulation of dismissal will be filed with the Court.

                                                  Respectfully,

                                                  PALMER BIEZUP & HENDERSON LLP

                                                  By: *Michael B. McCauley*
                                                      Michael B. McCauley

MMc:lr

cc:    Paul D. Bekman, Esq.                                                                             Via E-mail
         Gilbert F. Shelsby, Jr., Esq.
         Michael J. Logullo, Esq.



PBH: 195982.1

Palmer Biezup & Henderson LLP
1223 Foulk Road | Wilmington, Delaware 19803
P 302.594.0895 | 302.478.7443 | F 302.478.7625