IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF       CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS    IN ADMIRALTY
OWNER OF "BIG STONE 5," A 51-FOOT 1985
CREWBOAT, FOR EXONERATION FROM OR      No. 06-345-GMS
LIMITATION OF LIABILITY
------------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed as follows:

1. This action shall be dismissed without prejudice, and without costs or fees to any party.

2. All claims asserted in this action, and all claims with respect to which Petitioner Delaware Bay Launch Service, Inc. sought exoneration and/or limitation in this action, shall be dismissed with prejudice, and without costs or fees to any party.

**For Petitioner:**

PALMER BIEZUP & HENDERSON LLP

By: _____
    Michael B. McCauley, Esq.

**For Claimant:**

SALSBURY CLEMENTS BEKMAN
MARDER & ADKINS, L.L.C.

By: _____
    Paul D. Bekman, Esq.

SHELSBY & LEONI, P.A.

By: _____
    Gilbert F. Shelsby Jr., Esq.

SO ORDERED this _____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**